JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MONTES, <br><br> Plaintiff, <br><br> vs. <br><br> GREENPOINT MORTGAGE FUNDING, INC., VONROPE MORTGAGE CORPORATION, NORTH AMERICAN TITLE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1-100, inclusive, <br><br> Defendants. | Case No.: CV 10-4542 DSF (RZx) <br><br> JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice.

12/13/10

Dated: _____        _____
                                Dale S. Fischer
                                United States District Judge